FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ṡẇṁ          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE D. MCDONALD, Warden,<br><br>　　　　Respondent. | Case No.  EDCV 10-00238 DMG (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections (dkt. 16). Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1.　The Objections, which reiterate arguments already addressed in the R&R, are overruled and the Court accepts the findings and recommendation of the R&R.

2.　Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3.　All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: September 13, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE