FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _Chy_                    DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>          Petitioner,<br><br>     v.<br><br>MIKE D. MCDONALD, Warden,<br><br>          Respondent. | Case No.  EDCV 10-00238 DMG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.


Dated:   September 13, 2011

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____                    DEPUTY