FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _Chy_                        DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE D. MCDONALD, Warden,<br><br>　　　　Respondent. | Case No.  EDCV 10-00238 DMG (AN)<br><br>JUDGMENT |

　　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.


Dated:　September 13, 2011

　　　　　　　　　　　　　　　　_Dolly M. Gee_
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____                        DEPUTY